**mwe.com**

Stephania C. Sanon
Attorney at Law
ssanon@mwe.com
+1 212 547 5649

October 7, 2021

**VIA E-FILING**

Honorable Rachel P. Kovner, U.S.D.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Brian Fischler, individually and on behalf of all other persons similarly situated v. Sierra Nevada Brewing Co.*, Case No. 1:21-cv-04371-RPK-RML

Dear Judge Kovner:

We represent defendant Sierra Nevada Brewing Co. ("Sierra Nevada") in the above-referenced action and write jointly on behalf of both Sierra Nevada and plaintiff Brian Fischler ("Plaintiff" and, with Sierra Nevada, the "Parties"). The Parties are pleased to inform the Court that they have reached a settlement-in-principle resolving the above-referenced action. The Parties' settlement-in-principle is subject to the Parties reaching a definitive, written settlement agreement. In light of the Parties' settlement-in-principle, we respectfully request that all deadlines in the matter (including the answer deadline on October 14, 2021) be suspended while the Parties commit their settlement agreement to writing.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Stephania C. Sanon*
Stephania C. Sanon
Counsel for Defendant

cc:     Douglas Lipsky, Counsel for Plaintiff (via ECF)

